Mercedes McCAMBRIDGE and Richard L. McCambridge, Executor *v.* CITY OF LITTLE ROCK; Jess F. Hale; Sgt. Edward Alexander; Little Rock Police Department

87-352                                          742 S.W.2d 114

Supreme Court of Arkansas
Opinion delivered December 14, 1987

*Bryant, Owen & Powell,* by: *William L. Owen,* and *Bell, Bilheimer & Crockett,* by: *C. Richard Crockett,* for appellant.

No response.

PER CURIAM.  ■  We grant the stay as we have done consistently in important cases where serious legal issues are presented to this court. While we may well agree that the photographs requested under the Freedom of Information Act should be made available to the public, this case should be briefed, argued and decided like any important case pending before this court. Therefore, we grant the appellant's motion to

stay pending appeal.

HICKMAN, DUDLEY and HAYS, JJ., dissent.

DARRELL HICKMAN, Justice, dissenting. I would deny the stay. The records in question are unquestionably public and to deny the public access at this time violates the Freedom of Information Act.

DUDLEY and HAYS, JJ., join in this dissent.